UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD SMITH, LAURA SMITH and
SHANIKQUA SMITH,

    Plaintiffs,

v.      Case No: 6:14-cv-1704-Orl-37TBS

ALAN J. CONFREDA, SHERIFF OF
BREVARD COUNTY, FLORIDA, BRIAN
GUILFORD, BENJAMIN ERSKINE, LUIS
FIGUEROA, CHRISTOPHER GALLO and
BRIAN STOLL,

    Defendants.

## ORDER

Defendant Luis Figueroa's Motion to Quash Service of Process and Strike his Purported Answer and Affirmative Defenses (ECF No. 38) (Doc. 52) is **DENIED without prejudice** because counsel has not complied with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2015.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties