**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HAROLD SMITH; LAURA SMITH; and
SHANIKQUA SMITH,

        Plaintiffs,

v.   Case No. 6:14-cv-1704-Orl-37TBS

ALAN J. CONFREDA; SHERIFF OF
BREVARD COUNTY, FLORIDA; BRIAN
GUILFORD; BENJAMIN ERSKINE; and
BRIAN STOLL,

        Defendants.

**ORDER**

This cause is before the Court on a Stipulation of Dismissal with Prejudice (as to Defendant Benjamin Erskine, only) (Doc. 87), filed March 2, 2016.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant Benjamin Erskine purport to stipulate to dismissal with prejudice of the claims against Erskine. (Doc. 65 ("**Stipulation**").) Rule 41(a)(1)(A)(ii) permits voluntary dismissal of an action without court order by the filing of a stipulation of dismissal signed by all parties who have appeared. Counsel for all parties have signed the Stipulation. (*See* Doc. 87, p 2.)

Accordingly, pursuant to the self-effectuating Stipulation of Dismissal with Prejudice (as to Defendant Benjamin Erskine, only) (Doc. 87), the claims against Benjamin Erskine are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to

terminate Benjamin Erskine as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 16, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record